AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Paul Caloia<br><br>*Defendant* | )<br>) Case: 1:23-mj-00336<br>) Assigned to: Judge Harvey, G. Michael<br>) Assign Date: 12/5/2023<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Paul Caloia,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

Date: __12/05/2023__

Digitally signed by G. Michael Harvey
Date: 2023.12.05 11:19:48 -05'00'

*Issuing officer's signature*

City and state:   Washington, D.C.   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 12/5/23, and the person was arrested on *(date)* 12/4/23
at *(city and state)* Roseville, MI

Date: 12/4/23

*Arresting officer's signature*  M. Schnell

Megan Schnell, Special Agent
*Printed name and title*