UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Case No. 1:24-cr-00004-RDM |
| | : |
| PAUL CALOIA | : |
| | : |
| Defendant. | : |

**JOINT STATUS REPORT**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and James Gerometta, counsel for Paul Caloia ("the defendant"), hereby submit the following Joint Status Report:

1. On January 3, 2024, the defendant was charged by criminal Information with violations of 18 U.S.C. §§ 1752(a)(1) and (2); and 40 U.S.C. §§ 5104(e)(2)(D) and (G), for allegations arising out of conduct on January 6, 2021.

2. The defendant was arraigned on January 11, 2024 and entered a not guilty plea as to all charges.

3. The government has produced voluminous discovery to the defendant. The government is still in the process of providing discovery to the defendant and intends to continue to produce relevant documents as they become available. The government expects discovery productions to be substantially complete by June 1, 2024.

4. The government provided the defendant with a plea offer. That offer expires on June 7, 2024.

5. The parties request to submit a follow-up Joint Status Report on or about June 10, 2024, to the extent the government's plea offer has not been accepted by the defendant as of that

      date.

6. The parties further believe that it is in the interest of justice to toll the Speedy Trial Act while the government continues to provide discovery and the parties discuss a potential pre-trial disposition of this matter. The parties thus request a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), based on the factors described in 18 U.S.C. 3161(h)(7)(B)(i), (ii), and (iv), as well as 18 U.S.C. § 3161(h)(1)(G). Therefore, the parties request an exclusion of time under the Speedy Trial Act from April 29, 2024, through the next scheduled status date.

Respectfully submitted,

      MATTHEW M. GRAVES
      United States Attorney

By:    /s/ *Rachel Freeh*
      Rachel Freeh
      Assistant United States Attorney
      D.C. Bar No. 176082
      601 D Street NW
      Washington, D.C. 20530
      202-252-7749
      Rachel.freeh@usdoj.gov

By:    /s/ *James Gerometta*
      James Gerometta
      Federal Community Defender
      613 Abbott, Suite 500
      Detroit, Michigan 48226
      313-967-5839
      James_gerometta@fd.org