UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | Case No. 1:24-cr-00004-RDM |
| : | |
| **PAUL CALOIA** : | |
| : | |
| **Defendant.** : | |

## STATUS REPORT ON BEHALF OF THE GOVERNMENT

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia hereby submits the following Status Report[1]:

1. On January 3, 2024, the defendant was charged by criminal Information with violations of 18 U.S.C. §§ 1752(a)(1) and (2); and 40 U.S.C. §§ 5104(e)(2)(D) and (G), for allegations arising out of conduct on January 6, 2021.

2. The defendant was arraigned on January 11, 2024 and entered a not guilty plea as to all charges.

3. The government provided the defendant with a plea offer on April 29, 2024. That offer originally expired on June 7, 2024. On that date, counsel for the parties discussed the plea offer and defense counsel represented to the government that the defendant is likely to accept the government's offer. The government provided defense counsel with an extension until June 11, 2024 to accept the government's plea offer.

---

[1] On April 30, 2024, the Court ordered that the parties, the United States of America and Paul Caloia, file a joint status report or before the date of this filing, June 10, 2024. As explained herein, the parties entered into a plea agreement on this date. The parties were therefore under the impression that a joint status report was not needed. At approximately 6:13 p.m. on June 10, 2024, the Court informed the parties that it was the Court's preference that the parties file the joint status report. The parties were unable to confer prior to this filing. Therefore, the government files this status report on its own behalf, and not jointly. The government does not expect the defendant to contest the facts set forth herein.

1

4. The parties entered into a proposed plea agreement on June 10, 2024, the same date as this filing. Counsel for the government sent the executed plea agreement documents to the Court.

5. Accordingly, the government requests that the Court set a plea hearing date. Counsel for the government is available except for the following dates: June 28, 2024; July 12, 2024; July 22, 2024 through July 25, 2024; and August 15, 2024.

6. The government further believes that it is in the interest of justice to toll the Speedy Trial Act to allow for a pretrial disposition of this matter. The government thus requests a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(G) and 18 U.S.C. § 3161(h)(7)(A). Therefore, the government requests an exclusion of time under the Speedy Trial Act from June 10, 2024 through the plea hearing date to be set by the Court.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney

By:  /s/ *Rachel Freeh*
Rachel Freeh
Assistant United States Attorney
D.C. Bar No. 176082
601 D Street NW
Washington, D.C. 20530
202-252-7749
Rachel.freeh@usdoj.gov