UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 1:24-cr-00004-RDM |
| : | |
| PAUL CALOIA : | |
| : | |
| Defendant. : | |

**DEFENANT'S JOINDER IN STATUS REPORT**

Paul Caloia, by counsel James Gerometta, joins in the Government's Status Report and supplements it with his availability:

1. Defendant concurs in the Government's factual statements in its Status Report of June 10, 2024.

2. Defendant does intend to plead guilty and has accepted the Government's proffered Rule 11 plea agreement.

3. Defense counsel apologizes for being unavailable the evening of June 10, 2024, to concur in the Government's Status Report.

4. Defense counsel is supplementing the Governments available dates in this pleading.

5. The parties are generally available except for the following dates: now through June 28, 2024; July 1, 2024; July 9, 2024; July 12, 2024; July 19, 2024; July 22 through August 2, 2024; August 15, 2024.

6. The Defendant agrees with the Government that it is in the interest of justice to toll the Speedy Trial Act while the parties discuss a potential pre-trial disposition of this matter. The parties thus request a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), based on the factors described in 18 U.S.C. 3161(h)(7)(B)(i), (ii), and (iv),

2

as well as 18 U.S.C. § 3161(h)(1)(G). Therefore, the parties request an exclusion of time under the Speedy Trial Act from June 10, 2024, through the plea hearing date.

Respectfully submitted,

By:   /s/ James Gerometta
      James Gerometta
      Federal Community Defender
      613 Abbott, Suite 500
      Detroit, Michigan 48226
      313-967-5839
      James_gerometta@fd.org