UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 1:24 -cr-00004 (RDM) |
| | : | |
| PUAL CALOIA, | : | |
| | : | |
| Defendant. | : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE SENTENCING MEMORANDA**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests a two-day extension to file the Sentencing Memoranda in the above-captioned case. The United States requests this extension to allow it to receive and review files likely to be relevant to the sentencing hearing scheduled for October 1, 2024, and to produce those files to the defendant, Paul Caloia (hereinafter, "the defendant").

1. On December 6, 2023, the defendant was arrested in the Eastern District of Michigan for crimes arising from the January 6, 2021 riot at the United States Capitol. That same day, the government seized an iMac computer pursuant a search warrant issued in the Eastern District of Michigan, Case No. 2:23-mc-51691-1.

2. The FBI has created a full forensic image of that iMac computer and reviewed that image for data and files within the scope of the applicable search warrant. According to the FBI, footage from January 6, 2021, which appears to be taken by the defendant, was located on the computer. The FBI is in the process of exporting the files to the United States Attorney's Office, but the undersigned has not yet received them. The FBI indicated to government counsel that it will provide those files by September 25, 2024, at the latest.

1

3. Therefore, the government is requesting a brief extension to allow it to receive and promptly review the files prior to submitting its Sentencing Memorandum. The government has made the defendant aware of the existence of these files and will produce them to defense as soon as they are received.

4. The sentencing hearing is scheduled for October 1, 2024 at 11:00 A.M. via Zoom, upon consent of the parties.

5. The government conferred with the defense and the defendant does not oppose this motion and requested a reciprocal two-day extension. The government does not oppose a corresponding extension for the defendant's Sentencing Memorandum, which is presently due on September 25, 2025.

Therefore, the government request a two-day extension to file its Sentencing Memorandum until September 25, 2024, and a corresponding extension for the defendant to file his Sentencing Memorandum until September 27, 2024.

Respectfully,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar No. 481052

*/s/ Rachel Freeh*
RACHEL FREEH
Assistant United States Attorney
District of Columbia Bar No. 1736082
601 D Street NW
Washington, D.C. 20530
(202) 252-7749
Rachel.freeh@usdoj.gov

*Counsel for the Government*