Dear Honorable Randolph D. Moss,

In all the days since Januray 6, 2021, I've imagined what I would say to you now. I cry almost every time. The events of that day and my participation in them are by far the most regretful and traumatizing of my life.

What I did was beyond ignorant.  At first I blamed Donald Trump. Getting caught up in the crowd was shameful, but now I must accept complete responsiblitly for my actions.

The Detroit Marshals, my laywer, prosecuter, and you, your honor have all been fair. I am grateful and trust your judgement. Please give me grace to move forward and continue with a productive future.


Thank You, with all consideration,

Paul Jonathan Caloia